**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.:** 11-cv-02257-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** November 18, 2011 | Courtroom Deputy, Monique Wiles |
| JAMES F. BLUM | Donald A. Klene |
| Plaintiff(s), | |
| v. | |
| TOM CLEMENTS | Christopher W. Alber |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 8:28 a.m.**
Court calls case.  Appearances of counsel.

**It is ORDERED:**     Plaintiff's Motion to Amend Scheduling Order [Doc. No. 36, filed 11/11/2011] is **GRANTED.**  Parties shall resubmit Scheduling Order, with correction, **on or before November 29, 2011.**

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Joinder of Parties/Amendment to Pleadings: **JANUARY 3, 2012**

Discovery Cut-off: **FEBRUARY 17, 2012.**

Dispositive Motions Deadline: **MARCH 16, 2012.**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before DECEMBER 19, 2011.**
Parties shall designate rebuttal experts **on or before JANUARY 19, 2012.**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served **on or before JANUARY 13, 2012.**
Each side shall be limited to twenty-five (25) Interrogatories, thirty-five (35)  Requests for

Production, and twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions plus experts.  Each deposition shall be limited to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than FEBRUARY 17, 2012.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

NO  **SETTLEMENT CONFERENCE** conducted by the Court.

A **Joint Status Report** shall be filed on or before **JANUARY 7, 2012.**

**FINAL PRETRIAL CONFERENCE**,  **TRIAL PREPARATION CONFERENCE,**  and   **TRIAL** will be set by the Honorable Marcia S. Krieger at a future date.  If this case proceeds to a trial to the Court, the parties anticipate that the trial will last two (2) days.  If, however, this case proceeds to a jury trial, the parties anticipate that the trial will last three to four (3-4) days.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered with interlineations on November 18, 2011.

HEARING CONCLUDED..

**Court in recess:   8:53 a.m.**
Total in-court time:  25 minutes

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or  Toll Free    1-800-962-3345.